SENTENCING MINUTES

DATE: 6-21-22      CASE NUMBER: 3:21CR 00121 (DJN)

JUDGE: Novak      CT REPORTER: MELISSA CUSTIS, OCR

INTERPRETER: _____

UNITED STATES OF AMERICA      Kenneth R. Simon, JR, AUSA

v.                                                                COUNSEL

Volante McKeever      Fernando Groene, ESQ.

SENTENCING ON COUNT(S): 1      ( ) Criminal Information
(✓) Indictment ( ) Superseding Ind.

PRELIMINARY MATTERS: Joint VARIANCE (24-30 months) - GRANTED

OBJECTIONS TO PSR: ADOPTED

STATEMENTS MADE BY: GOV'T (✓) DEFENSE COUNSEL (✓) DEFT (✓)
Deft's Exhibit #1 marked and admitted - JPS Health Services ltr - "EE" REFERENCE LETTER
DEFT ADDUCED EVIDENCE - ALAN NELSON, SON   COUNT TWO
ON MOTION OF GOV'T, ( ) INDICTMENT (✓) REMAINING CTS. DISMISSED.

DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION

ON: _____ BY: _____
( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today (✓)

DEFT REMANDED TO CUSTODY (✓)

CASE SET: 3:00   BEGAN: 2:59   ENDED: 3:38   TIME IN COURT: 39

**SENTENCE TEXT**

COUNT __1__   IMPRISONMENT __24__ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE (✓) **(SETSER)**

SUPERVISED RELEASE __3__ YEARS

PROBATION _____ YEARS

FINE $_____   (✓) Fine not imposed

SPECIAL ASSESSMENT $ __100.00__ due immediately

COUNT _____   IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

COUNT _____   IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( )

RESTITUTION ORDERED: _____

RECOMMENDATION(S) TO BOP:
( ) Designate dft. to a facility near family   (✓) Designate dft. to **Facility Alderson WVA** FCI
( ) SHOCK Incarceration Program   ( ) BRAVE Program
( ) Educational / Vocational training   (✓) BOP 500-hr intensive drug treatment program
( ) UNICOR program  ( ) with _____ portion of earnings directed to child support **(IF QUALIFIES)**
(✓) OTHER: **MENTAL HEALTH**

**SPECIAL CONDITIONS of Probation / Supervised Release:**

___✓__(1) Incur no new credit without approval of probation officer
___✓__(2) Provide probation officer with access to financial information
___✓__(3) Perform community service _____ HOURS during period of supervision
___✓__(4) Participate in (drug)/alcohol treatment;   __✓__ Pay cost of treatment
___✓__(5) Participate in mental health treatment;   __✓__ Pay cost of treatment
            __✓__ Participate in anger management
_____(6) Participate in home confinement program for _____ with monitoring
            _____ Permitted to work, attend church, or other approved activities
            _____ Maintain telephone without special features; no cordless phone
            _____ Pay costs of electronic monitoring
_____(7) Placement in a Community Confinement Center for _____ (term)
_____(8) Defendant to be surrendered to BICE for deportation proceedings
            _____ If deported, defendant to remain outside the United States
_____(10) Mandatory drug testing waived
            _____ Probation officer may still administer drug test if deemed appropriate
_____(11) Pay child support in amount ordered by social services or Court
_____(13) Serve intermittent confinement on weekends for a period of _____ DAYS
_____(14) No possession of pager, cellular telephone, or other handheld communication device
_____(15) Defendant shall pay any balance owed on the S/A imposed by the Court
            _____ Pay in installments of not less than $_____ per month,
            to begin 30 / 60 days after start of supervision until paid in full
_____(16) Waive all rights of confidentiality regarding mental health treatment
            (or other treatment) to allow release of information to Probation, etc.
_____(17) Commencing _____, and continuing for _____, defendant may
            operate a motor vehicle only for purposes of work and court, including travel to
            the Probation Office and alcohol treatment program
_____(18) Defendant to apply monies received from tax refunds, lottery winnings, and any
            anticipated or unexpected financial gains to the Court-ordered financial obligation

_____(---) Other special conditions:

_____

_____

_____

_____